# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVARISTO SERRANO-VARGAS,** : | |
| Petitioner : | |
| : | **CIVIL ACTION NO. 3:17-0801** |
| v. : | |
| : | **(Judge Mannion)** |
| **CRAIG A. LOWE, Warden,** : | |
| Respondent : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion to enforce this Court's May 18, 2018 Order granting Petitioner an individualized bond hearing (Doc. 23) is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 10, 2019**
17-0801-03-ORDER